THE STEAMBOAT CLARION, Plaintiff in Error, v. ROBERT S.. HARRIS et al., Defendants in Error.

#### ERROR TO CARROLL.

SCATES, C. J. The same errors intervene in this case as in the case of *Steamboat Clarion* v. *Patrick A. Moran, ante,* p. 501, and the principles there laid down govern it.

Judgment reversed and cause remanded.

*Judgment reversed.*

LELAND and LELAND, for Plaintiff in Error.

M. Y. JOHNSON, for Defendant in Error.